# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07 CR 127 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| THERESA BUCHANAN, | ) | |
| | ) | ORDER |
| DEFENDANT. | ) | |
| | ) | |

This matter is before the Court on the Defendant's probation officer's supervised release violation report. On the Court's referral, the Magistrate Judge held a hearing on the matter on April 18, 2007, and issued a Report and Recommendation recommending that the Court find the Defendant in violation of the terms of her supervised release. See (Dkt. # 13). The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The Defendant shall be detained pending placement in a community-based correctional facility.

**IT IS SO ORDERED**.

 **/s/ Peter C. Economus – August 10, 2007**
 **PETER C. ECONOMUS**
 **UNITED STATES DISTRICT JUDGE**